NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON EDISON COMPANY,**
*Plaintiff-Appellee,*

**and**

**ENTERGY NUCLEAR GENERATION COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5136, -5137

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 99-CV-447 and 03-CV-2626, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Boston Edison Company, Entergy Nuclear Generation Company, and the United States jointly move for an extension of time, until November 2, 2010, for Entergy to

file its initial brief, for an extension of time, until December 10, 2010, for Boston Edison to file its initial brief, for an extension of time, until December 29, 2010, for the United States to file its reply brief, and for an extension of time, until January 17, 2011, for Entergy to file its reply brief.

Boston Edison Company and Entergy Nuclear Generation Company jointly move to stay the proceedings and toll the briefing schedule until the court rules on the joint time extension motion.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The joint motion to extend the briefing schedule is granted.

2) The motion to stay the proceedings is denied as moot.

FOR THE COURT

NOV   5 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard James Conway, Esq.
    Michael B. Wallace, Esq.
    Alan J. Lo Re, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 5 2010

JAN HORBALY
CLERK